1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

BALDEMAR ARTEAGA,

Case No.  2:25-cv-0546-JDP (P)

12

Plaintiff,

13

v.

ORDER FOR PAYMENT OF INMATE
FILING FEE

14

UNITED STATES OF AMERICA,

15

Defendant.

16
17

To: Federal Correctional Institution, Attention:  Inmate Trust Account, P.O. Box 280,

18

Fairton, NJ 08320:

19

Plaintiff, a federal prisoner proceeding in forma pauperis, is obligated to pay the statutory

20

filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of twenty

21

percent (20%) of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b)

22

the average monthly balance in plaintiff's account for the 6-month period immediately preceding

23

the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

24

plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of

25

the preceding month's income credited to plaintiff's trust account.  The Warden or a designee is

26

required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from

27

plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the

28

statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Warden or a designee shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the name and number assigned to this action.

2.  Thereafter, the Warden or a designee shall collect from plaintiff's inmate trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified by the name and number assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to Federal Correctional Institution, Attention:  Inmate Trust Account, P.O. 280, Fairton, NJ 08320.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

IT IS SO ORDERED.


Dated:   May 7, 2025                                    _____
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE