UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEMAR ARTEAGA, | Case No.  2:25-cv-0546-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant United States of America has moved to amend the scheduling order.  It seeks a deadline for initial disclosures on July 17, 2026, extension of the discovery deadline to September 17, 2026, and an extension of the pretrial motions deadline to December 10, 2026.  The motion will be granted.

1

It is, therefore, ORDERED that defendant's motion for extension of time, ECF No. 18, is GRANTED.  Initial disclosures shall be due July 17, 2026, the new deadline for the completion of discovery, including motions to compel, shall be September 17, 2026, and the new deadline for the filing of pretrial motions shall be December 10, 2026.

IT IS SO ORDERED.


Dated:     June 9, 2026     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE